**Bobby Don COOK, Plaintiff–Appellant**

v.

**TARRANT COUNTY, TEXAS; Tom Wilder, District Clerk of Tarrant County, Texas, Defendants–Appellees.**

**Peter Hinojosa, Plaintiff–Appellant**

v.

**Tarrant County, Texas; Tom Wilder, District Clerk of Tarrant County, Texas, Defendants–Appellees.**

Nos. 09–10570, 09–10571.

United States Court of Appeals, Fifth Circuit.

April 1, 2010.

John E. Collins, Burleson, Pate & Gibson, L.L.P., Edward B. Cloutman, III, Law Offices of Ed Cloutman, Dallas, TX, for Plaintiff–Appellant.

Russell A. Friemel, District Attorney's Office, Fort Worth, TX, Henry Howard Robinson, Kelly, Hart & Hallman, L.L.P., Fort Worth, TX, for Defendants–Appellees.

Before JONES, Chief Judge, and BENAVIDES and PRADO, Circuit Judges.

PER CURIAM: *

The court has carefully considered these consolidated cases in light of the briefs,

determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

oral argument and pertinent portions of the record. Having done so, we find no reversible error of law or fact and affirm essentially for the reasons stated by the district court.

**AFFIRMED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.